UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD.,
WESTGATE RESORTS, INC.,
WESTGATE VACATION VILLAS,
LLC, WESTGATE LAKES, LLC,
WESTGATE GV AT THE WOODS,
LLC, WESTGATE TOWERS, LLC,
WESTGATE FLAMINGO BAY, L.L.C.,
WESTGATE MYRTLE BEACH, LLC,
WESTGATE PALACE, LLC, ET AL.,

**Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　Case No: 6:18-cv-359-Orl-18TBS

U.S. CONSUMER ATTORNEYS, P.A.,
HENRY N. PORTNER and ROBERT A.
SUSSMAN,

**Defendants.**

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this ___16___ day of March, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　G. KENDALL SHARP
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties