UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WESTGATE RESORTS, LTD.,
WESTGATE RESORTS, INC.,
WESTGATE VACATION VILLAS,
LLC, WESTGATE LAKES, LLC,
WESTGATE GV AT THE WOODS,
LLC, WESTGATE TOWERS, LLC,
WESTGATE FLAMINGO BAY, L.L.C.,
WESTGATE MYRTLE BEACH, LLC,
WESTGATE PALACE, LLC,
WESTGATE VACATION VILLAS
OWNERS ASSOCIATION, INC.,
WESTGATE LAKES OWNERS
ASSOCIATION, INC., WESTGATE
TOWERS OWNERS ASSOCIATION,
WESTGATE TOWN CENTER
OWNERS ASSOCIATION, INC.,
WESTGATE TOWERS NORTH
OWNERS ASSOCIATION, INC.,
WESTGATE RIVER RANCH OWNERS
ASSOCIATION, INC., WESTGATE
PALACE OWNERS ASSOCIATION,
INC., WESTGATE FLAMINGO BAY,
LAS VEGAS OWNERS ASSOCIATION,
INC., WESTGATE HISTORIC
WILLIAMSBURG, OWNERS
ASSOCIATION, INC., WESTGATE
PARK CITY RESORT & SPA,
OWNERS ASSOCIATION, INC.,
WESTGATE MYRTLE BEACH
OCEAN FRONT OWNERS
ASSOCIATION, INC., CEDAR RIDGE
AT THE WOODS CONDOMINIUM
OWNERS ASSOCIATION, INC.,
WESTGATE BRANSON WOODS
OWNERS ASSOCIATION, INC.,
GRAND VISTA AT EMERALD POINT
CONDOMINIUM OWNER'S
ASSOCIATION, INC., PAINTED
MOUNTAIN GOLF VILLAS
CONDOMINIUM ASSOCIATION, INC.,
WESTGATE GV AT EMERALD
POINTE, LLC, WESTGATE GV AT
PAINTED MOUNTAIN, LLC and**

**WESTGATE LAS VEGAS RESORT, LLC,**

        **Plaintiffs,**

**v.**                                                                    **Case No:  6:18-cv-359-Orl-41TBS**

**U.S. CONSUMER ATTORNEYS, P.A., HENRY N. PORTNER and ROBERT A. SUSSMAN,**

        **Defendants.**

## RELATED CASE ORDER AND TRACK TWO NOTICE

No later than fourteen days from the date of this Notice, counsel and any pro se party shall comply with Local Rule 1.04(d) and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a)(b).  The parties shall utilize the attached form titled Notice of Pendency of Other Actions.

Additionally, in accordance with Local Rule 3.05, this action is designated as a **TRACK TWO CASE**.  The Court's goal is to try most Track Two cases within 12 - 18 months of filing. **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.**

To facilitate the issuance of a Case Management and Scheduling Order within the time periods described in Federal Rule of Civil Procedure 16(b)(2), the parties shall conduct a case management conference no later than 45 days after service or appearance of any defendant. **The Case Management Report ("Report") must be filed within seven days of the case management conference.**  In preparing their Report, the parties shall consult the Federal Rules of Civil Procedure and the Local Rules (available from the Clerk or at http://www.flmd.uscourts.gov). Counsel for all parties share the obligation to timely comply with

the requirements of Federal Rule of Civil Procedure 16(b)(2) and are reminded that they must do so despite the pendency of any undecided motions.

The parties are advised that utilization of the Case Management Report form is mandatory. The parties shall utilize the Case Management Report form located at the Court's website www.flmd.uscourts.gov under "Judicial Information" and under assigned Judge Carlos E. Mendoza, United States District Judge.

Dated: March 21, 2018.

                                      ELIZABETH M. WARREN,
                                      CLERK

                                      By:    */s/ Darleen Darley*
                                      Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Parties

MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WESTGATE RESORTS, LTD.,
WESTGATE RESORTS, INC.,
WESTGATE VACATION VILLAS,
LLC, WESTGATE LAKES, LLC,
WESTGATE GV AT THE WOODS,
LLC, WESTGATE TOWERS, LLC,
WESTGATE FLAMINGO BAY, L.L.C.,
WESTGATE MYRTLE BEACH, LLC,
WESTGATE PALACE, LLC,
WESTGATE VACATION VILLAS
OWNERS ASSOCIATION, INC.,
WESTGATE LAKES OWNERS
ASSOCIATION, INC., WESTGATE
TOWERS OWNERS ASSOCIATION,
WESTGATE TOWN CENTER
OWNERS ASSOCIATION, INC.,
WESTGATE TOWERS NORTH
OWNERS ASSOCIATION, INC.,
WESTGATE RIVER RANCH OWNERS
ASSOCIATION, INC., WESTGATE
PALACE OWNERS ASSOCIATION,
INC., WESTGATE FLAMINGO BAY,
LAS VEGAS OWNERS ASSOCIATION,
INC., WESTGATE HISTORIC
WILLIAMSBURG, OWNERS
ASSOCIATION, INC., WESTGATE
PARK CITY RESORT & SPA,
OWNERS ASSOCIATION, INC.,
WESTGATE MYRTLE BEACH
OCEAN FRONT OWNERS
ASSOCIATION, INC., CEDAR RIDGE
AT THE WOODS CONDOMINIUM
OWNERS ASSOCIATION, INC.,
WESTGATE BRANSON WOODS
OWNERS ASSOCIATION, INC.,
GRAND VISTA AT EMERALD POINT
CONDOMINIUM OWNER'S
ASSOCIATION, INC., PAINTED
MOUNTAIN GOLF VILLAS
CONDOMINIUM ASSOCIATION, INC.,
WESTGATE GV AT EMERALD
POINTE, LLC, WESTGATE GV AT
PAINTED MOUNTAIN, LLC and**

**WESTGATE LAS VEGAS RESORT, LLC,**

       **Plaintiffs,**

v.                                                      **Case No: 6:18-cv-359-Orl-41TBS**

**U.S. CONSUMER ATTORNEYS, P.A., HENRY N. PORTNER and ROBERT A. SUSSMAN,**

       **Defendants.**

# NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____  IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

August 1, 2015

Dear Counsel:

Enclosed with this letter is a communication from the Clerk of this Court affording you the opportunity, with the approval of the U.S. District Judge, to consent to the reference of any part or all of the proceedings in this case to a U.S. Magistrate Judge, including reference for final disposition.

Careful consideration should be given to this option.

To assist the federal courts in coping with dramatically increased caseloads, Congress authorized the reference to a U.S. Magistrate Judge of any part or all of the proceedings in a civil case, both jury and non-jury, upon consent of all parties (28 U.S.C. § 636[c]). All of the U.S. District Judges in this District refer cases under this provision to our able and experienced U.S. Magistrate Judges who are almost always able to schedule early and firm trial dates, in accordance with the needs of the parties.

Whether to consent to a reference to a U.S. Magistrate Judge is entirely up to you and your client. This case has not been specifically selected for this program; the Clerk sends out this notice in every civil case. If a party declines to consent to a reference, that fact is known only to the Clerk and not to any of the District or Magistrate Judges.

This program has proved to be of great benefit to counsel, client, and the Court.

Sincerely yours,

Hon. Steven D. Merryday, Chief Judge

Hon. Charlene Edwards Honeywell

Hon. Elizabeth A. Kovachevich

Hon. Roy B. Dalton, Jr.

Hon. James D. Whittemore

Hon. Sheri Polster Chappell

Hon. Timothy J. Corrigan

Hon. Brian J. Davis

Hon. Virginia Hernandez Covington

Hon. Paul G. Byron

Hon. Marcia Morales Howard

Hon. Carlos E. Mendoza

Hon. Mary S. Scriven

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| WESTGATE RESORTS, LTD., et al. | ) | |
|---|---|---|
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No. 6:18-cv-359-Orl-41TBS |
| U.S. CONSUMER ATTORNEYS, P.A., et al. | ) | |
| *Defendants* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| WESTGATE RESORTS, LTD., et al. <br> *Plaintiffs* <br> v. <br> U.S. CONSUMER ATTORNEYS, P.A., et al. <br> *Defendants* | ) <br> ) <br> ) Civil Action No. 6:18-cv-359-Orl-41TBS <br> ) <br> ) |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:** _____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.