**IN THE UNITED STATES DISTRICT COURT OF**
**THE MIDDLE DISTRICT OF FLORIDA**
**(ORLANDO DIVISION)**

| | |
|---|---|
| WESTGATE RESORTS, LTD., a Florida limited partnership, by and through its general partner WESTGATE RESORTS, INC., a Florida corporation, WESTGATE VACATION VILLAS, LLC, a Florida limited liability company, WESTGATE LAKES, LLC, a Florida limited liability company, WESTGATE GV AT THE WOODS, LLC, a Florida limited liability company, WESTGATE TOWERS, LLC, a Florida limited liability company, WESTGATE FLAMINGO BAY, L.L.C., a Florida limited liability company, WESTGATE MYRTLE BEACH, LLC, a Florida limited liability company, WESTGATE PALACE, LLC, a Florida limited liability company, WESTGATE VACATION VILLAS OWNERS ASSOCIATION, INC., a Florida corporation, WESTGATE LAKES OWNERS ASSOCIATION, INC., a Florida corporation, WESTGATE TOWERS OWNERS ASSOCIATION, INC., a Florida corporation, WESTGATE TOWN CENTER OWNERS ASSOCIATION, INC., a Florida corporation, WESTGATE TOWERS NORTH OWNERS ASSOCIATION, INC., a Florida corporation, WESTGATE RIVER RANCH OWNERS ASSOCIATION, INC., a Florida corporation, WESTGATE PALACE OWNERS ASSOCIATION, INC., a Florida corporation, WESTGATE FLAMINGO BAY, LAS VEGAS OWNERS ASSOCIATION, INC., a Nevada corporation, WESTGATE HISTORIC WILLIAMSBURG, OWNERS ASSOCIATION, INC., a Virginia corporation, WESTGATE PARK CITY RESORT & SPA, OWNERS ASSOCIATION, INC., a Utah corporation, WESTGATE MYRTLE BEACH OCEAN FRONT OWNERS ASSOCIATION, INC., a South Carolina corporation, CEDAR RIDGE AT THE WOODS CONDOMINIUM OWNERS ASSOCIATION, INC., a Missouri corporation, WESTGATE BRANSON WOODS OWNERS ASSOCIATION, INC., a Missouri corporation, GRAND VISTA AT EMERALD POINT CONDOMINIUM OWNER'S | CASE NO.: 6:18-cv-359-Orl-41TBS |

1

ASSOCIATION, INC., a Missouri corporation, PAINTED MOUNTAIN GOLF VILLAS CONDOMINIUM ASSOCIATION, INC., an Arizona corporation, WESTGATE GV AT EMERALD POINTE, LLC, a Florida limited liability company, WESTGATE GV AT PAINTED MOUNTAIN, LLC, a Florida limited liability company, and WESTGATE LAS VEGAS RESORT, LLC, a Delaware limited liability company.

        Plaintiffs,

vs.

U.S. CONSUMER ATTORNEYS, P.A., a Florida professional corporation, HENRY N. PORTNER, individually, and ROBERT A. SUSSMAN, individually,

        Defendants.

_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, WESTGATE RESORTS, LTD, ET AL., ("WESTGATE"), hereby provide their certificate of interested persons and corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and the Court's Order on Interested Persons and Corporate Disclosure:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

| | |
|---|---|
| Westgate Resorts, LTD | Westgate Resorts, Inc. |
| Westgate Vacation Villas, LLC | Westgate Lakes, LLC |
| Westgate GV at the Woods, LLC | Westgate Palace Owners Association, Inc. |
| Westgate Towers, LLC | Cedar Ridge at the Woods Condominium Owners Association, Inc. |
| Westgate Miami Beach, Inc. | Westgate Flamingo Bay, LLC |
| Westgate Myrtle Beach, LLC | Westgate Palace, LLC |
| Grand Vista at Emerald Point Condominium Owners Association, Inc. | Westgate Vacation Villas Owners Association, Inc. |

| | |
|---|---|
| Westgate Branson Woods, Owners Association, Inc. | Westgate Towers Owners Association |
| Westgate Lakes Owners Association, Inc. | Painted Mountain Golf Villas Condominium Association, Inc. |
| Westgate Town Center Owners Association, Inc. | Westgate GV at Emerald Pointe, LLC |
| Westgate Towers North Owners Association, Inc. | Westgate River Ranch Owners Association, Inc. |
| Westgate Flaming Bay Las Vegas Owners Association, Inc. | Westgate Historic Williamsburg Owners Association, Inc. |
| Westgate Park City Resort & Spa Owners Association, Inc. | Central Florida Investments, Inc. |
| Westgate Myrtle Beach Ocean Front Owners Association, Inc. | David Siegel Irrevocable Trust |
| Westgate GV at Painted Mountain, LLC | |
| Westgate Las Vegas Resort LLC | |
| Westgate Resorts, Inc. | |
| Richard Epstein, Esquire | |
| Jeffrey Backman, Esquire | |
| Michael E. Marder, Esquire | |
| David A. Siegel | |
| Greenspoon Marder LLP | |
| Robert A. Sussman | |
| Henry N. Portner | |
| U.S. Consumer Attorneys, P.A. | |
| | |

**2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

To Plaintiffs' knowledge, there are no entities whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

**3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases**:

There are no other entities likely to be active participants in the proceedings.

**4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

At this time, other than the persons listed in paragraph 1, Plaintiffs are not aware of any other persons who may be entitled to restitution.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| <u>April 4, 2018</u><br>Date | <u>*/s/ Jeffrey A. Backman*</u><br>RICHARD W. EPSTEIN<br>(Trial Counsel)<br>Florida Bar No. 229091<br>MICHAEL E. MARDER<br>Florida Bar No. 251887<br>JEFFREY BACKMAN<br>Florida Bar No. 662501<br><br>GREENSPOON MARDER LLP<br>201 East Pine St, Suite 500<br>Orlando, Florida 32801<br>Telephone: (407) 425-6559<br>Facsimile: (407) 209-3152<br>Richard.Epstein@gmlaw.com<br>Jeffrey.Backman@gmlaw.com<br>Michael.Marder@gmlaw.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2018, I electronically filed a true and correct copy of the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Jeffrey A. Backman*