IN THE UNITED STATES DISTRICT COURT OF
THE MIDDLE DISTRICT OF FLORIDA
(ORLANDO DIVISION)

CASE NO.: 6:18-CV-359-ORL-18-TBS

WESTGATE RESORTS, LTD
WESTGATE RESORTS, INC.
WESTGATE VACATION VILLAS, LLC
WESTGATE LAKES, LLC
WESTGATE GV AT THE WOODS, LLC
WESTGATE TOWERS, LLC
WESTGATE FLAMINGO BAY, LLC.
WESTGATE MYRTLE BEACH, LLC
WESTGATE PALACE, LLC
WESTGATE VACATION VILLAS OWNERS ASSOCIATION, INC.
WESTGATE LAKES OWNERS ASSOCIATION, INC.
WESTGATE TOWERS OWNERS ASSOCIATION, INC.
WESTGATE TOWN CENTER OWNERS ASSOCIATION, INC.
WESTGATE TOWERS NORTH OWNERS ASSOCIATION, INC.
WESTGATE RIVER RANCH OWNERS ASSOCIATION, INC.
WESTGATE PALACE OWNERS ASSOCIATION, INC.
WESTGATE FLAMINGO BAY, LAS VEGAS OWNERS ASSOCIATION, INC.
WESTGATE HISTORIC WILLIAMSBURG, OWNERS ASSOCIATION, INC.
WESTGATE PARK CITY RESORT & SPA, OWNERS ASSOCIATION, INC.
WESTGATE MYRTLE BEACH OCEAN FRONT OWNERS ASSOCIATION, INC.
CEDAR RIDGE AT THE WOODS CONDOMINIUM OWNERS ASSOCIATION, INC.
WESTGATE BRANSON WOODS OWNERS ASSOCIATION, INC.
GRAND VISTA AT EMERALD POINT CONDOMINIUM OWNER'S ASSOCIATION, INC.
PAINTED MOUNTAIN GOLF VILLAS CONDOMINIUM ASSOCIATION, INC.
WESTGATE GV AT EMERALD POINTE, LLC,
WESTGATE GV AT PAINTED MOUNTAIN, LLC
WESTGATE LAS VEGAS RESORT, LLC

    Plaintiffs,

vs.

U.S. CONSUMER ATTORNEYS, P.A.;
HENRY N. PORTNER, individually; and
ROBERT A. SUSSMAN, individually,

    Defendants.
_____/

31462637 v1

## AMENDED AGREED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

Defendants U.S Consumer Attorneys, P.A. ("USCA"), Henry N. Portner ("Portner") and Robert Sussman ("Sussman") (collectively, "the Defendants") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), move for an extension of time to file their response to the Complaint in this matter. In support, the Defendants state:

1. On March 9, 2017, the plaintiffs in this action filed their Complaint alleging similar claims against each defendant, purportedly arising under state law and federal law.

2. USCA has not been served. Portner was served on March 21, 2018, and his deadline to file a response is therefore April 11, 2018. Sussman was served on March 31, 2018, and his deadline to file a response is therefore April 23, 2018.

3. Federal Rule of Civil Procedure 6(b)(1)(A) permits a court to extend the time for an act to be done for good cause if a request is made before the original time or its extension expires.

4. Each defendant is in the process of investigating the allegations of the Complaint as they pertain to that defendant, and respectfully requests additional time to review the allegations and prepare a meaningful response to the Complaint. This extension will ensure a more-thoroughly reasoned response from each Defendant. Thus, there is good cause for an extension of time for the Defendants to respond to the Complaint.

5. Providing the Defendants with an extension of time to file a response to the Complaint will not result in prejudice to any party.

6. This motion is not being brought in bad faith or for purposes of undue delay.

7. The Defendants seek an extension up through and including May 23, 2018, to file their respective response to the Complaint.

8.	In filing this motion and in making this request for relief, the Defendants do not waive the right to assert any defenses to the Complaint, including, specifically, the defense of lack of personal jurisdiction, and in fact the Defendants expressly preserve any and all defenses, and to the extent necessary, make this limited appearance so as to specifically preserve their defenses, including lack of personal jurisdiction.

WHEREFORE, Defendants U.S Consumer Attorneys, P.A., Henry N. Portner and Robert Sussman respectfully requests the entry of an order granting them an extension of time until May 23, 2018, to file their respective response to the Complaint, and for any other and further relief as the Court deems necessary and proper.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), counsel for the Defendants conferred with trial counsel for Plaintiff on April 6, 2018, and counsel for the Plaintiff has agreed to the relief requested herein.

*/s/ Howard S. Marks*
**HOWARD S. MARKS, ESQUIRE**
Florida Bar No. 0750085
Primary Email:  hmarks@burr.com
Secondary Email: echaves@burr.com
Secondary Email:  mrannells@burr.com
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, Florida  32801
Telephone: 407-540-6600

**LAWRENCE G. WALTERS, ESQUIRE**
Florida Bar No.: 0776599
Email:  Larry@firstamendment.com
Email:  Paralegal@firstamendment.com
Walters Law Group
195 W. Pine Avenue
Longwood, FL 32750
Telephone: 407-975-9150

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on April 10, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to: **Richard W. Epstein, Esquire** (Richard.epstein@gmlaw.com), **Michael E. Marder, Esquire** (michael.marder@gmlaw.com) (trisha.snyder@gmlaw.com), and **Jeffrey Backman, Esquire** (jeffrey.backman@gmlaw.com) (khia.joseph@gmlaw.com), Greenspoon Marder LLP, 201 E. Pine Street, Orlando, Florida 32801.

             */s/ Howard S. Marks*
             **HOWARD S. MARKS, ESQUIRE**