**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WESTGATE RESORTS, LTD., et al.,**

      **Plaintiffs,**

v.                                                Case No:  6:18-cv-359-Orl-31TBS

**U.S. CONSUMER ATTORNEYS, P.A.,**
**HENRY N. PORTNER and ROBERT**
**A. SUSSMAN,**

      **Defendants.**

_____

## SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

| | | |
|---|---|---|
| **Disclosure of Expert Reports** | **Plaintiff:** | **SEPTEMBER 3, 2019** |
| | **Defendant:** | **OCTOBER 1, 2019** |
| **Rebuttal:** | | **NOVEMBER 1, 2019** |
| | **Discovery Deadline** | **DECEMBER 2, 2019** |
| **Dispositive Motions** <br> *The parties will be advised if paper copies of exhibits in support of motions will be required.* | | **JANUARY 6, 2020** |
| *Daubert* **Motions** <br> *The parties will be advised if paper copies of exhibits in support of motions will be required.* | | **FEBRUARY 3, 2020** |
| **Mediation     Deadline:** | | **SEPTEMBER 3, 2019** |
| | **Mediator:** | **Terrence White** |
| | **Address:** | **1060 Maitland Ctr Comm #440** <br> **Maitland, FL 32751** |
| | **Telephone:** | **(407) 661-1123** |
| **Designated Lead Counsel** <br> **Pursuant to Local Rule 9.04(a)(3)** | **Attorney Name:** | **Richard w. Epstein** |
|    **Lead Counsel Telephone Number** | **Telephone Number:** | **(954) 491-1120** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | | **APRIL 6, 2020** |
| **Joint Final Pretrial Statement** | | **APRIL 16, 2020** |
| **All Other Motions Including Motions *in limine*** | | **APRIL 30, 2020** |

| | | |
|---|---:|---:|
| **Final Pretrial Conference** | Date:<br>Time:<br>Judge: | MAY 9, 2020<br>1:30 PM<br>Judge Gregory A. Presnell |
| **Trial Briefs and Color-Coded Deposition Designations** | | MAY 28, 2020 |
| **Trial Term Begins** | | JUNE 3, 2020<br>at 9:15 AM |
| **Estimated Length of Trial** | | 10 days |
| **Jury/Non-Jury** | | Jury |
| **Other Matters:** | | |

**DONE AND ORDERED** at Orlando, Florida, March 11, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:   United States Magistrate Judge
All Counsel of Record
All *Pro Se* Parties